No. 77–412. COMPTON ET AL. v. McCOOK COUNTY NATIONAL BANK. C. A. 8th Cir. Certiorari denied. ■

No. 77–5016. ROBINSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. ■

No. 77–5066. MORGAN v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. ■

No. 77–5081. CHIOLA v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ■

No. 77–5090. RANDOLPH v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ■

No. 77–5177. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ■

No. 77–5183. PITTS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ■

No. 77–5184. PRATHER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 77–5188. GROFT v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–5189. ANDERSON ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 77–5194. MACHADO v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. ■

No. 77–5224. JARAMILLO v. TENORIO ET AL. C. A. 10th Cir. Certiorari denied. ■